# SEVENTH COURT OF APPEALS
## SET FOR SUBMISSION ON ORAL ARGUMENT WEDNESDAY, SEPTEMBER 2, 2015

## AT 9:00 A.M.

(Before Chief Justice Brian Quinn, Justice Mackey K. Hancock, Justice Patrick A. Pirtle)

| | | |
|---|---|---|
| **07-14-00318-CR** | Danny Oltivero v. The State of Texas | Deaf Smith County |
| | Frank Jackson, Edgar A. Mason – Appellant | O/A Requested |
| | Chris Strowd, Assistant District Attorney – State | O/A Requested |
| **07-14-00333-CR** | The State of Texas v. Sammy Carl Williams | Lynn County |
| | Michael Munk, District Attorney Jason Bujnosek, Assistant District Attorney – State | O/A Requested |
| | THE LAW OFFICE OF ALLISON CLAYTON (Allison Clayton) MARK SNODGRASS LAW OFFICE (Mark S. Snodgrass) – Appellee | O/A Requested |
| **07-14-00345-CR** | Marc Allen Mason v. The State of Texas | Randall County |
| | Eric Coats – Appellant | O/A Requested |
| | Kristy Wright, Assistant District Attorney – State | O/A Requested |